**Main Line Health**
*Well ahead*

**Riddle Memorial Hospital**
1068 W Baltimore Pike
Media, PA  19063

| Pay Group: | H40-RMH Hourly 40 |
|---|---|
| Pay Begin Date: | 05/26/2024 |
| Pay End Date: | 06/08/2024 |

| Business Unit: | 20000 |
|---|---|
| Advice #: | 000000006816883 |
| Advice Date: | 06/14/2024 |

**Michelle Y Gillyard**
147 Fern St
Philadelphia, PA  19120

| Employee ID: | 61671 |
|---|---|
| Department: | 8004046-Public Safety |
| Location: | Riddle Memorial Hospital |
| Job Title: | Public Safety Officer |
| Pay Rate: | $21.090000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 21.090000 | 69.00 | 1,455.21 | 902.50 | 19,033.73 |
| Overtime | 23.063392 | 2.75 | 89.71 | 34.25 | 1,087.99 |
| Holiday Premium | 31.635000 | 8.00 | 253.08 | 16.00 | 506.16 |
| Basic Leave | 21.090000 | 0.25 | 5.27 | 0.25 | 5.27 |
| 2nd Shift Differential | | 0.00 | 0.00 | 29.50 | 38.35 |
| Holiday Hours | | | 0.00 | 16.00 | 337.44 |
| Unscheduled Basic Leave | | | 0.00 | 17.00 | 358.52 |
| **TOTAL:** | | **80.00** | **1,803.27** | **1,015.50** | **21,367.46** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed W/H | 129.93 | 1,527.54 |
| Fed MED/EE | 26.23 | 310.72 |
| Fed OASDI/EE | 112.15 | 1,328.58 |
| PA Unempl EE | 1.27 | 14.96 |
| PA W/H | 55.53 | 657.87 |
| PA PHILADELPHIA W/H | 67.83 | 803.58 |
| PA  LS Tax | 2.00 | 24.00 |
| **TOTAL:** | **394.94** | **4,667.25** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 403(b) Tax Shelter Annuity | 90.16 | 1,068.38 |
| **TOTAL:** | **90.16** | **1,068.38** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Basic Life Insurance | 1.85 | 20.35 |
| Basic Life AD&D | 0.42 | 4.62 |
| Short Term Disability | 6.49 | 71.39 |
| Long Term Disability* | 5.57 | 61.27 |
| 403(b) Tax Shelter Annuity | 18.03 | 213.66 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,803.27 | 1,718.68 | 394.94 | 90.16 | 1,318.17 |
| YTD | 21,367.46 | 20,360.35 | 4,667.25 | 1,068.38 | 15,631.83 |

| YTD | BASIC | SUPPLEMENTAL | EXTENDED/ PROLONGED | HOLIDAY |
|---|---|---|---|---|
| Start Balance | 4.62 | 0.00 | 0.00 | 0.00 |
| + Earned | 55.38 | 0.00 | 80.00 | 16.00 |
| - Taken | 17.25 | 0.00 | 0.00 | 0.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| - Sold | 0.00 | 0.00 | 0.00 | 0.00 |
| **End Balance** | **42.75** | **0.00** | **80.00** | **16.00** |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000006816883 | Checking | 6815268476 | 1,318.17 |
| **TOTAL:** | | | **1,318.17** |

| Pension Hours YTD | 986.00 |
|---|---|

**MESSAGE:**

**Main Line Health**
*Well ahead*

| | | |
|---|---|---|
| Pay Group: | H40-RMH Hourly 40 | Business Unit: 20000 |
| Pay Begin Date: | 06/09/2024 | Advice #: 000000006830171 |
| Pay End Date: | 06/22/2024 | Advice Date: 06/28/2024 |

**Riddle Memorial Hospital**
1068 W Baltimore Pike
Media, PA 19063

**Michelle Y Gillyard**
147 Fern St
Philadelphia, PA 19120

| | |
|---|---|
| Employee ID: | 61671 |
| Department: | 8004046-Public Safety |
| Location: | Riddle Memorial Hospital |
| Job Title: | Public Safety Officer |
| Pay Rate: | $21.090000 Hourly |

**TAX DATA:**

| | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 21.090000 | 80.00 | 1,687.20 | 982.50 | 20,720.93 |
| Basic Leave | | 0.00 | 0.00 | 0.25 | 5.27 |
| 2nd Shift Differential | | 0.00 | 0.00 | 29.50 | 38.35 |
| Holiday Hours | | 0.00 | 0.00 | 16.00 | 337.44 |
| Holiday Premium | | 0.00 | 0.00 | 16.00 | 506.16 |
| Overtime | | 0.00 | 0.00 | 34.25 | 1,087.99 |
| Unscheduled Basic Leave | | 0.00 | 0.00 | 17.00 | 358.52 |
| **TOTAL:** | | **80.00** | **1,687.20** | **1,095.50** | **23,054.66** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed W/H | 116.70 | 1,644.24 |
| Fed MED/EE | 24.54 | 335.26 |
| Fed OASDI/EE | 104.95 | 1,433.53 |
| PA Unempl EE | 1.18 | 16.14 |
| PA W/H | 51.97 | 709.84 |
| PA PHILADELPHIA W/H | 63.48 | 867.06 |
| PA LS Tax | 2.00 | 26.00 |
| **TOTAL:** | **364.82** | **5,032.07** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 403(b) Tax Shelter Annuity | 84.36 | 1,152.74 |
| **TOTAL:** | **84.36** | **1,152.74** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Basic Life Insurance | 1.85 | 22.20 |
| Basic Life AD&D | 0.42 | 5.04 |
| Short Term Disability | 6.49 | 77.88 |
| Long Term Disability* | 5.57 | 66.84 |
| 403(b) Tax Shelter Annuity | 16.87 | 230.53 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,687.20 | 1,608.41 | 364.82 | 84.36 | 1,238.02 |
| YTD | 23,054.66 | 21,968.76 | 5,032.07 | 1,152.74 | 16,869.85 |

| YTD | BASIC | SUPPLEMENTAL | EXTENDED/PROLONGED | HOLIDAY |
|---|---|---|---|---|
| Start Balance | 4.62 | 0.00 | 0.00 | 0.00 |
| + Earned | 60.00 | 0.00 | 80.00 | 16.00 |
| − Taken | 17.25 | 0.00 | 0.00 | 0.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| − Sold | 0.00 | 0.00 | 0.00 | 0.00 |
| **End Balance** | **47.37** | **0.00** | **80.00** | **16.00** |

| Pension Hours YTD | 1,066.00 |
|---|---|

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000006830171 | Checking | 6815268476 | 1,238.02 |
| **TOTAL:** | | | **1,238.02** |

**MESSAGE:**

**Main Line Health**
Well ahead.

**Riddle Memorial Hospital**
1068 W Baltimore Pike
Media, PA 19063

| | |
|---|---|
| Pay Group: | H40-RMH Hourly 40 |
| Pay Begin Date: | 05/12/2024 |
| Pay End Date: | 05/25/2024 |

| | |
|---|---|
| Business Unit: | 20000 |
| Advice #: | 000000006803609 |
| Advice Date: | 05/31/2024 |

**Michelle Y Gillyard**
147 Fern St
Philadelphia, PA 19120

| | |
|---|---|
| Employee ID: | 61671 |
| Department: | 8004046-Public Safety |
| Location: | Riddle Memorial Hospital |
| Job Title: | Public Safety Officer |
| Pay Rate: | $21.090000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 21.090000 | 79.75 | 1,681.93 | 833.50 | 17,578.52 |
| Overtime | 21.256279 | 3.00 | 95.15 | 31.50 | 998.28 |
| 2nd Shift Differential | 1.300000 | 5.50 | 7.15 | 29.50 | 38.35 |
| Holiday Hours | | | 0.00 | 16.00 | 337.44 |
| Holiday Premium | | | 0.00 | 8.00 | 253.08 |
| Unscheduled Basic Leave | | | 0.00 | 17.00 | 358.52 |
| **TOTAL:** | | **88.25** | **1,784.23** | **935.50** | **19,564.19** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed W/H | 127.76 | 1,397.61 |
| Fed MED/EE | 25.95 | 284.49 |
| Fed OASDI/EE | 110.96 | 1,216.43 |
| PA Unempl EE | 1.24 | 13.69 |
| PA W/H | 54.95 | 602.34 |
| PA PHILADELPHIA W/H | 67.12 | 735.75 |
| PA LS Tax | 2.00 | 22.00 |
| **TOTAL:** | **389.98** | **4,272.31** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 403(b) Tax Shelter Annuity | 89.21 | 978.22 |
| **TOTAL:** | **89.21** | **978.22** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Basic Life Insurance | 1.85 | 18.50 |
| Basic Life AD&D | 0.42 | 4.20 |
| Short Term Disability | 6.49 | 64.90 |
| Long Term Disability* | 5.57 | 55.70 |
| 403(b) Tax Shelter Annuity | 17.84 | 195.63 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,784.23 | 1,700.59 | 389.98 | 89.21 | 1,305.04 |
| YTD | 19,564.19 | 18,641.67 | 4,272.31 | 978.22 | 14,313.66 |

| YTD | BASIC | SUPPLEMENTAL | EXTENDED/ PROLONGED | HOLIDAY |
|---|---|---|---|---|
| Start Balance | 4.62 | 0.00 | 0.00 | 0.00 |
| + Earned | 50.77 | 0.00 | 80.00 | 16.00 |
| - Taken | 17.00 | 0.00 | 0.00 | 0.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| - Sold | 0.00 | 0.00 | 0.00 | 0.00 |
| **End Balance** | **38.38** | **0.00** | **80.00** | **16.00** |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000006803609 | Checking | 6815268476 | 1,305.04 |
| **TOTAL:** | | | **1,305.04** |

| Pension Hours YTD | 906.00 |
|---|---|

**MESSAGE:**

**Main Line Health**
Well ahead

**Riddle Memorial Hospital**
1068 W Baltimore Pike
Media, PA 19063

| | |
|---|---|
| Pay Group: | H40-RMH Hourly 40 |
| Pay Begin Date: | 06/23/2024 |
| Pay End Date: | 07/06/2024 |

| | |
|---|---|
| Business Unit: | 20000 |
| Advice #: | 000000006843494 |
| Advice Date: | 07/12/2024 |

**Michelle Y Gillyard**
147 Fern St
Philadelphia, PA 19120

| | |
|---|---|
| Employee ID: | 61671 |
| Department: | 8004046-Public Safety |
| Location: | Riddle Memorial Hospital |
| Job Title: | Public Safety Officer |
| Pay Rate: | $21.090000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 21.090000 | 56.00 | 1,181.04 | 1,038.50 | 21,901.97 |
| Holiday Premium | 31.635000 | 8.00 | 253.08 | 24.00 | 759.24 |
| Unscheduled Basic Leave | 21.090000 | 16.00 | 337.44 | 33.00 | 695.96 |
| Basic Leave | | | 0.00 | 0.25 | 5.27 |
| 2nd Shift Differential | | | 0.00 | 29.50 | 38.35 |
| Holiday Hours | | | 0.00 | 16.00 | 337.44 |
| Overtime | | | 0.00 | 34.25 | 1,087.99 |
| **TOTAL:** | | **80.00** | **1,771.56** | **1,175.50** | **24,826.22** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed W/H | 126.32 | 1,770.56 |
| Fed MED/EE | 25.77 | 361.03 |
| Fed OASDI/EE | 110.19 | 1,543.72 |
| PA Unempl EE | 1.24 | 17.38 |
| PA W/H | 54.56 | 764.40 |
| PA PHILADELPHIA W/H | 66.64 | 933.70 |
| PA LS Tax | 2.00 | 28.00 |
| **TOTAL:** | **386.72** | **5,418.79** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 403(b) Tax Shelter Annuity | 88.58 | 1,241.32 |
| **TOTAL:** | **88.58** | **1,241.32** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Basic Life Insurance | 1.85 | 24.05 |
| Basic Life AD&D | 0.42 | 5.46 |
| Short Term Disability | 6.49 | 84.37 |
| Long Term Disability* | 5.57 | 72.41 |
| 403(b) Tax Shelter Annuity | 17.72 | 248.25 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,771.56 | 1,688.55 | 386.72 | 88.58 | 1,296.26 |
| YTD | 24,826.22 | 23,657.31 | 5,418.79 | 1,241.32 | 18,166.11 |

| YTD | BASIC | SUPPLEMENTAL | EXTENDED/PROLONGED | HOLIDAY |
|---|---|---|---|---|
| Start Balance | 4.62 | 0.00 | 0.00 | 0.00 |
| + Earned | 64.62 | 0.00 | 80.00 | 16.00 |
| - Taken | 33.25 | 0.00 | 0.00 | 0.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| - Sold | 0.00 | 0.00 | 0.00 | 0.00 |
| End Balance | 35.98 | 0.00 | 80.00 | 16.00 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000006843494 | Checking | 6815268476 | 1,296.26 |
| **TOTAL:** | | | **1,296.26** |

| Pension Hours YTD | 1,146.00 |
|---|---|

**MESSAGE:** Please sign up for Direct Deposit. Thank you

**Main Line Health**
*Well ahead*

**Riddle Memorial Hospital**
1068 W Baltimore Pike
Media, PA 19063

| | |
|---|---|
| Pay Group: | H40-RMH Hourly 40 |
| Pay Begin Date: | 04/28/2024 |
| Pay End Date: | 05/11/2024 |

| | |
|---|---|
| Business Unit: | 20000 |
| Advice #: | 000000006790450 |
| Advice Date: | 05/17/2024 |

**Michelle Y Gillyard**
147 Fern St
Philadelphia, PA 19120

| | |
|---|---|
| Employee ID: | 61671 |
| Department: | 8004046-Public Safety |
| Location: | Riddle Memorial Hospital |
| Job Title: | Public Safety Officer |
| Pay Rate: | $21.090000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 21.090000 | 80.00 | 1,687.20 | 753.75 | 15,896.59 |
| 2nd Shift Differential | | 0.00 | 0.00 | 24.00 | 31.20 |
| Holiday Hours | | 0.00 | 0.00 | 16.00 | 337.44 |
| Holiday Premium | | 0.00 | 0.00 | 8.00 | 253.08 |
| Overtime | | 0.00 | 0.00 | 28.50 | 903.13 |
| Unscheduled Basic Leave | | 0.00 | 0.00 | 17.00 | 358.52 |
| **TOTAL:** | | **80.00** | **1,687.20** | **847.25** | **17,779.96** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed W/H | 116.70 | 1,269.85 |
| Fed MED/EE | 24.55 | 258.54 |
| Fed OASDI/EE | 104.96 | 1,105.47 |
| PA Unempl EE | 1.19 | 12.45 |
| PA W/H | 51.97 | 547.39 |
| PA PHILADELPHIA W/H | 63.48 | 668.63 |
| PA LS Tax | 2.00 | 20.00 |
| **TOTAL:** | **364.85** | **3,882.33** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 403(b) Tax Shelter Annuity | 84.36 | 889.01 |
| **TOTAL:** | **84.36** | **889.01** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Basic Life Insurance | 1.85 | 16.65 |
| Basic Life AD&D | 0.42 | 3.78 |
| Short Term Disability | 6.49 | 58.41 |
| Long Term Disability* | 5.57 | 50.13 |
| 403(b) Tax Shelter Annuity | 16.87 | 177.79 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,687.20 | 1,608.41 | 364.85 | 84.36 | 1,237.99 |
| YTD | 17,779.96 | 16,941.08 | 3,882.33 | 889.01 | 13,008.62 |

| YTD | BASIC | SUPPLEMENTAL | EXTENDED/ PROLONGED | HOLIDAY |
|---|---|---|---|---|
| Start Balance | 4.62 | 0.00 | 0.00 | 0.00 |
| + Earned | 46.15 | 0.00 | 80.00 | 8.00 |
| - Taken | 17.00 | 0.00 | 0.00 | 0.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| - Sold | 0.00 | 0.00 | 0.00 | 0.00 |
| **End Balance** | **33.77** | **0.00** | **80.00** | **8.00** |

| Pension Hours YTD | 823.25 |
|---|---|

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000006790450 | Checking | 5601248478 | 1,237.99 |
| **TOTAL:** | | | **1,237.99** |

**MESSAGE:**