United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                     Case No. 24-12230-pmm

Michelle Y. Gillyard                                            Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                  User: admin                                  Page 1 of 2

Date Rcvd: Nov 07, 2024                           Form ID: pdf900                          Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                 Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle Y. Gillyard, 147 Fern Street, Philadelphia, PA 19120-1954 |
| 14902103 | + | Dan's Auto Sales Inc., 6450 Harbison Avenue, Philadelphia, PA 19149-3036 |
| 14902106 | | PECO-Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14909191 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Denise Carlon, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14902108 | | Philadelphia Gas Works, PO Box 11700, Newark, NJ 07101-4700 |
| 14902112 | + | US Bank National Association, 111 East Wacker Drive, Suite 3000, Chicago, IL 60601-4803 |
| 14902113 | + | US Bank National Association, c/o PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 07 2024 23:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 07 2024 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14902098 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 07 2024 23:56:04 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14926499 | | Email/Text: megan.harper@phila.gov | Nov 07 2024 23:51:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 14902100 | | Email/Text: megan.harper@phila.gov | Nov 07 2024 23:51:00 | City of Philadelphia, C/O Law Department, 1401 JFK Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14902099 | | Email/Text: megan.harper@phila.gov | Nov 07 2024 23:51:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14902101 | | Email/Text: megan.harper@phila.gov | Nov 07 2024 23:51:00 | City of Philadelphia, c/o Law Department, 1515 Arch Street, 14th Floor, Philadelphia, PA 19107 |
| 14902102 | + | Email/Text: convergent@ebn.phinsolutions.com | Nov 07 2024 23:51:40 | Convergent Outsourcing, 800 SW 39th St, Renton, WA 98057-4927 |
| 14902104 | | Email/Text: mrdiscen@discover.com | Nov 07 2024 23:51:00 | Discover Bank, P.O. Box 8003, Hilliard, OH 43026 |
| 14902105 | ^ | MEBN | Nov 07 2024 23:49:23 | KML Law Group, PC, Suite 5000-Mellon Independence Center, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14902107 | + | Email/Text: blegal@phfa.org | Nov 07 2024 23:51:00 | Pennsylvania Housing Finance Agency, 211 North |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 07, 2024 | Form ID: pdf900 | Total Noticed: 22 |

| | | | |
|---|---|---|---|
| 14902109 | ^ MEBN | Nov 07 2024 23:49:18 | Front Street, Harrisburg, PA 17101-1406 |
| | | | Philadelphia Gas Works, ATTN: Bankruptcy Department 3F, 800 West Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14902110 | Email/Text: signed.order@pfwattorneys.com | Nov 07 2024 23:51:00 | Pressler and Presler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14902111 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 08 2024 00:20:00 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14902114 | Email/Text: megan.harper@phila.gov | Nov 07 2024 23:51:00 | Water Revenue Bureau, Philadelphia Department of Revenue, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 09, 2024          Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MICHAEL D. SAYLES | on behalf of Debtor Michelle Y. Gillyard midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Michelle Gilyard | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy. No. 24-12230\PMM |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Ken West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **November 7, 2024**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**