IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  **Michelle Gillyard** ) | Chapter 13 |
| ) | |
| ) | |
| Debtor ) | |
| ) | Bankruptcy No.: **24-12230\pmm** |

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that neither an objection to the proposed compensation nor an objection to application for administrative expense is filed.

Date: **December 22, 2024**                    Respectfully Submitted,

**\s\ Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Ave #2
Elkins Park, PA  19027
215-635-2270 (phone)
215-424-1263 (fax)
midusa1@comcast.net