United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 24-12230-pmm
Michelle Y. Gillyard
    Debtor
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Dec 26, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michelle Y. Gillyard, 147 Fern Street, Philadelphia, PA 19120-1954 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2024            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MICHAEL D. SAYLES | on behalf of Debtor Michelle Y. Gillyard midusa1@comcast.net midusa1@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michelle Y. Gillyard,  :   Chapter 13
                              :
       Debtor.                :   Bky. No.  24-12230 (PMM)

## O R D E R

**AND NOW**, **WHEREAS**:

A. The Debtor's counsel Michael Sayles ("the Applicant") has filed an Application for Allowance of Compensation (doc. no. 35, the "Application").

B. The Application is being considered following the dismissal of this case, consistent with In re Lewis, 346 B.R. 89 (Bankr. E.D. Pa. 2006).

C. The Applicant has certified that proper service has been made on all interested parties and that there has been no response filed.

D. Reasonable and allowable compensation is allowed to the Applicant in the amount of $3,080.00.  Expenses are allowed in the amount of $350.16.

E. It is therefore, **ORDERED** that:

   1. The Application is **GRANTED**.  The Trustee is authorized to pay counsel **$2,580.00** (the allowed amount of compensation and expenses minus the $500.00 received by counsel pre-petition).

   2. The Chapter 13 Trustee is authorized and directed to distribute the allowed amounts to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), all funds in his possession that are available for distribution to the Applicant.

Dated: 12/23/24

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**